**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              October 12, 2007
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-00395-RPM

| | |
|---|---|
| JENNIFER ANNE BLAIR, | Seth Benezra |
| Plaintiff, | |
| v. | |
| THE UNIVERSITY OF COLORADO AT DENVER AND HEALTH SCIENCES CENTER, through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate, | Patrick T. O'Rourke |
| KAISER FOUNDATION HEALTH PLAN OF COLORADO, a Colorado corporation, | Daniel Friesen |
| ALLISON BASHE, in her official and individual capacities, and PAMELA DANIEL, in her individual capacity, | Kari M. Hershey |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**10:27 a.m.     Court in session.**

Plaintiff present.

Court's preliminary remarks and states its understanding of the case and pending motions.

Arguments and statements by counsel Friesen, Benezra and O'Rourke.

Mr. O'Rourke states defendant University withdraws its Eleventh Amendment Immunity defense with respect to plaintiff's ADA claim and Mr. Benezra states plaintiff withdraws the breach of contract and promissory estoppel claims as being barred by the Eleventh Amendment Immunity

Mr. Benezra states plaintiff seeks lost wages against defendant Kaiser and all damages available under the act.

Court's oral findings of fact and conclusions of law as stated on record.

2

October 12, 2007
07-cv-00395-RPM

**ORDERED:** **Defendant University and Kaiser's Motion to Dismiss Title IX claim is denied.**

**ORDERED:** **Motion to Dismiss the ADA claim by the University is withdrawn. The breach of contract and promissory estoppel, fifth and sixth claims against the University are withdrawn.**

**ORDERED:** **Motions to dismiss the second claim for relief by the University and Kaiser are denied.**

**ORDERED:** **Motion to Dismiss Third Claim for Relief (Substantive Due Process) Against Allison Bashe In Her Individual Capacity, filed May 9, 2007 [14], is granted.**

**ORDERED:** **The breach of contract and promissory estoppel claims against Kaiser are dismissed.**

**ORDERED:** **Claims Three through Eight are dismissed. Individual defendants are dismissed.**

**ORDERED:** **Defendant University and Kaiser shall file an answer by November 1, 2007.**

**ORDERED:** **Defendants Kaiser Foundation Health Plan of Colorado and Pamela Daniel's Motion to Dismiss Plaintiff's Claims Pursuant to F.R.C.P. 12(b)(6), filed April 30, 2007 [10], is resolved pursuant to Court's rulings .**

**ORDERED:** **Motion to Dismiss University and Allison Bashe In Her Official Capacity, filed May 9, 2007 [16], is resolved pursuant to Court's rulings.**

**ORDERED:** **Plaintiff's Unopposed Motion for Leave to File Response to Defendants' Supplemental Authority, filed September 27, 2007 [35], is granted and response accepted**

**ORDERED:** **Plaintiff's Unopposed Motion to Vacate and Reschedule Motions Hearing, filed October 5, 2007 [39], is moot.**

**11:00 a.m.  Court in recess.**

Hearing concluded.  Total time: 33 min.