IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00395-RPM

JENNIFER ANNE BLAIR,

    Plaintiff,

v.

THE UNIVERSITY OF COLORADO AT DENVER AND HEALTH SCIENCES CENTER,
through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,
KAISER FOUNDATION HEALTH PLAN OF COLORADO, a Colorado corporation,
ALLISON BASHE, in her official and individual capacities, and
PAMELA DANIEL, in her individual capacity,

    Defendants.
_____

ORDER OF DISMISSAL OF THIRD THROUGH EIGHTH CLAIMS FOR RELIEF
AND OF INDIVIDUAL DEFENDANTS
_____

    Pursuant to the hearing held on October 12th, 2007, and for the reasons stated orally in open court, it is

    ORDERED that the third through eighth claims for relief are dismissed under Fed.R.Civ.P.12(b)(6), defendants Allison Bashe and Pamela Daniel are dismissed as defendants from this civil action and it is

    FURTHER ORDERED that the motions to dismiss by the Regents of the University of Colorado and Kaiser Foundation Health Plan of Colorado are denied as to the first and second claims for relief and this civil action will go forward on those claims and those defendants.

    DATED: October 12th, 2007

                                       BY THE COURT:

                                       s/ Richard P. Marsch
                                       _____
                                       Richard P. Matsch, Senior District Judge