IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00395-RPM

JENNIFER ANNE BLAIR,

     Plaintiff,

v.

THE UNIVERSITY OF COLORADO AT DENVER AND HEALTH SCIENCES CENTER,
through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,
KAISER FOUNDATION HEALTH PLAN OF COLORADO, a Colorado corporation,

     Defendants.
_____

## ORDER SETTING SCHEDULING CONFERENCE
_____

The Court having determined that this case should now be set for a scheduling conference, it is

ORDERED that a scheduling conference will be held on **December 19, 2007, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 13, 2007.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: November 5th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge