**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 07-cv-00395-RPM-CBS**

**JENNIFER ANNE BLAIR,**

      **Plaintiff,**

**v.**

**THE UNIVERSITY OF COLORADO AT DENVER AND HEALTH SCIENCES CENTER,
through its Board,**
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,
KAISER FOUNDATION HEALTH PLAN OF COLORADO, a Colorado corporation,

      Defendants.
_____

**ORDER GRANTING
STIPULATED MOTION TO EXTEND EXPERT DISCOVERY DEADLINES**
_____

Upon consideration of the Stipulated Motion to Extend Expert Discovery Deadlines [51], filed on March 19, 2008, it is

ORDERED that the deadlines for expert discovery be extended by thirty days. The Fed.R.Civ.P. Rule 26(a)(2)(B) reports will now be due on May 30, the deadline for rebuttal reports will be due on July 16 and the cutoff for all expert discovery will be July 30, 2008.

DATED: March 20th, 2008

                           **BY THE COURT:**

                           s/Richard P. Matsch

                           _____
                           Hon. Richard P. Matsch