IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00395-RPM

JENNIFER ANNE BLAIR,

    Plaintiff,

v.

THE UNIVERSITY OF COLORADO AT DENVER AND HEALTH SCIENCES CENTER,
through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,
KAISER FOUNDATION HEALTH PLAN OF COLORADO, a Colorado corporation,

    Defendants.
_____

ORDER DISMISSING KAISER FOUNDATION HEALTH PLAN OF COLORADO
_____

    Upon consideration of the Stipulation for Dismissal with Prejudice of Defendant Kaiser Foundation Health Plan of Colorado [65] filed today, it is

    ORDERED that this action is dismissed with prejudice as to Defendant Kaiser Foundation Health Plan of Colorado, each party to bear their own costs and attorneys' fees.

    DATED: September 9th, 2008

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge