IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00395-RPM

JENNIFER ANNE BLAIR,

    Plaintiff,

v.

THE UNIVERSITY OF COLORADO AT DENVER AND HEALTH SCIENCES CENTER,
through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.
_____

## ORDER SETTING TRIAL DATE
_____

    Pursuant to the calendar call on December 5, 2008, it is

    ORDERED that this matter is set for trial to jury on **April 13, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    DATED: December 5th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge