IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00395-RPM

JENNIFER ANNE BLAIR,

    Plaintiff,

v.

THE UNIVERSITY OF COLORADO AT DENVER AND HEALTH SCIENCES CENTER, through its Board,
THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the calendar call on December 5, 2008, it is

ORDERED that a pretrial conference is scheduled for **March 27, 2009, at 4:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **March 19, 2009.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    DATED: December 5th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge