IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 07-cv-00395-RPM-CBS

JENNIFER ANNE BLAIR,

    Plaintiff

v.

THE UNIVERSITY OF COLORADO AT DENVER AND HEALTH SCIENCES CENTER, through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate.

    Defendants.

---

**ORDER GRANTING PARTIES' STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

Upon review of the Parties' Stipulated Motion to Dismiss With Prejudice, it is

ORDERED that the motion is granted and the above civil action is dismissed with prejudice, each party to bear its own fees, costs and expenses.

Dated this 30th day of March, 2009.

    By the Court:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge